IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK HERNANDEZ,

     Plaintiff,                    No. CIV S-06-1251 GEB DAD P

   vs.

VUONG M. DUC, et al.,

     Defendants.         ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with this civil rights action. Plaintiff has filed a motion for default judgment against defendants Duc, Nangalama, and Trent. Plaintiff has also filed opposition to the answer filed by defendant Allen.

        A plaintiff may seek judgment by default only if the defendants have been defaulted for failure to appear. Fed. R. Civ. P. 55(b). Defendants Duc and Nangalama cannot be defaulted for failure to appear because they have filed a motion to dismiss plaintiff's claims against them.[1] Defendant Trent cannot be defaulted for failure to appear because there is no evidence that service has been effected on defendant Trent. Although on July 7, 2006 the court

---

[1] Pursuant to the court's order filed July 7, 2006, plaintiff is required to file and serve his opposition to the motion as set forth in Local Rule 78-230(m). See Order filed July 7, 2006, at 3. The same order provides detailed information concerning the requirements for opposing a motion to dismiss for failure to exhaust administrative remedies. See id. at 3-4.

ordered the U.S. Marshal to serve all four defendants, the U.S. Marshal has not filed an executed summons or a waiver of service of summons for defendant Trent. Plaintiff's motion for default judgment will be denied on the grounds that it is premature as to defendant Trent and lacks merit as to defendants Duc and Nangalama.

Rule 7 of the Federal Rules of Civil Procedure governs the pleadings in federal civil cases. The rule provides as follows:

> There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served. <u>No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer.</u>

Fed. R. Civ. P. 7(a) (emphasis added). The court has not ordered plaintiff to file a reply to defendant Allen's answer and declines to make such an order. The unauthorized reply will be disregarded.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's September 25, 2006 motion for default judgment is denied; and

2. Plaintiff's September 28, 2006 opposition to defendant Allen's answer will be disregarded.

DATED: October 13, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
hern1251.77a+e

2