IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK HERNANDEZ,

    Plaintiff,                          No. CIV S-06-1251 GEB DAD P

    vs.

VUONG M. DUC, et al.,

    Defendants.                      <u>ORDER</u>

/

          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action. On July 7, 2006, the court ordered the United States Marshal to serve plaintiff's complaint on four defendants. Service has been effected on three defendants. The Marshal was unable to effect service on defendant E. Trent.[1]

          If plaintiff wishes to proceed with his claims against defendant E. Trent, plaintiff must provide additional information that will enable the United States Marshal to serve this defendant. Plaintiff shall promptly seek such information through any means available to him.

---

[1] At the time service was effected on U.C. Davis Medical Center and Dr. Robert H. Allen, plaintiff also included a Waiver of Service form for defendant E. Trent, who plaintiff alleged was also an employee of U.C. Davis Medical Center. According to Robert Tyler, Counsel for U.C. Davis Medical Center, the Medical Center has done a thorough search for E. Trent, and it has been determined that he is neither a former nor a current employee of the Medical Center.

Plaintiff is cautioned that when service of a complaint is not made upon a defendant within 120 days after the complaint was filed, the court may be required to dismiss the plaintiff's claims against that defendant.  See Fed. R. Civ. P. 4(m).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff one summons, one USM-285 form, an instruction sheet, and a copy of the complaint filed June 7, 2006;

2. Within sixty days from the date of this order, plaintiff shall either complete the attached Notice of Submission of Documents and submit it to the court with the documents listed below, or plaintiff shall show good cause why he cannot provide the required information and documents:

    a. One completed USM-285 form for defendant E. Trent;

    b. Two copies of the endorsed complaint filed June 7, 2006; and

    c. One completed summons form.

DATED: April 30, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hern1251.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK A. HERNANDEZ,

        Plaintiff,                    No. CIV S-06-1251 GEB DAD P

    vs.

VOUNG M. DUC, et al.,             <u>NOTICE OF SUBMISSION</u>

        Defendants.              <u>OF DOCUMENTS</u>

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ <u>one</u> completed summons form;

        _____ <u>one</u> completed USM-285 form; and

        _____ <u>two</u> true and exact copies of the complaint filed June 7, 2006.

DATED: _____.

                                                _____
                                               Plaintiff