IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK HERNANDEZ,

    Plaintiff,                       No. CIV S-06-1251 GEB DAD P

    vs.

VUONG M. DUC, et al.,

    Defendants.                ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983. Pursuant to Rule 15 of the Federal Rules of Civil Procedure, plaintiff has submitted a motion for leave to file an amended complaint. He claims that he erred in naming Dr. E. Trent as a defendant in his original complaint. He further claims that he should have named Dr. Erin Forest.

        Plaintiff's motion was not accompanied by a proposed amended complaint.[1] Plaintiff is advised that, as a litigant proceeding in forma pauperis, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. See 28 U.S.C.

---

[1] Local Rule 15-220 requires that an amended complaint be complete in itself without reference to any prior pleading. This is because, as a general rule, an amended complaint supersedes the original complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).

1

§ 1915. Since plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it. Nor is the remaining defendant in this action, who has submitted a motion for summary judgment, able to consider whether he will oppose plaintiff's motion.[2]  Accordingly, plaintiff's motion for leave to amend will be denied at this time.

Plaintiff has also inquired whether the undersigned's discovery order pertains only to defendant Allen or to defendants Allen, Duc, and Nangalama. On August 30, 2007, the assigned district judge in this case adopted the undersigned's findings and recommendations, recommending that defendants Duc and Nangalama's motion to dismiss be granted. Accordingly, defendants Duc and Nangalama are no longer parties to this action. Plaintiff should therefore direct relevant discovery requests to defendant Allen.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's June 6, 2007 motion for leave to file an amended complaint is denied.

DATED: September 17, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hern1251.10b

---

[2] As the undersigned previously explained, unless otherwise ordered, all motions to dismiss, motions for summary judgment, motions concerning discovery, motions pursuant to Rules 7, 11, 12, 15, 41, 55, 56, 59 and 60 of the Federal Rules of Civil Procedure, and motions pursuant to Local Rule 11-110 shall be briefed pursuant to Local Rule 78-230(m). Failure to oppose such a motion timely may be deemed a waiver of opposition to the motion. (Order filed July 7, 2006.)