IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK A. HERNANDEZ,

      Plaintiff,                        No. CIV S-06-1251 GEB DAD P

    vs.

VUONG M. DUC, et al.,

      Defendants.               ORDER

_____/

        Plaintiff has requested an extension of time to file objections to the findings and recommendations filed November 28, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's December 11, 2007 motion for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve objections.

DATED: December 18, 2007.

                                DALE A. DROZD
                                UNITED STATES MAGISTRATE JUDGE

DAD:cm
hern1251.36